

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,555

**EX PARTE JESSICA JAYNE BARNES, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 241-1959-06-A IN THE 241ST DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to three years' imprisonment. The Twelfth Court of Appeals affirmed her conviction. *Barnes v. State*, No. 12-07-00026-CR (Tex. App.–Tyler, 2008).

Applicant contends that her appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that her conviction had been affirmed.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court

has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that her conviction had been affirmed. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Twelfth Court of Appeals in Cause No. 12-07-00026-CR that affirmed her conviction in Case No. 241-1959-06 from the 241st Judicial District Court of Smith County. Applicant shall file her petition for discretionary review with the Twelfth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: May 11, 2011
Do not publish